[21AO 450 (Rev. 5/85)  Judgment in a Civil Case]

# United States District Court
# District of Vermont

TAMMY S. FORREST,

        Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:10-CV-20

____ **Jury Verdict.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order (Doc. No. 19) filed February 24, 2011, Plaintiff's Motion for Order Reversing the Commissioner's Decision (Doc. No. 9) is DENIED and Defendant's Motion for Order Affirming the Decision of the Commissioner (Doc. No. 12) is GRANTED.  The decision of the Commissioner is hereby AFFIRMED.

Date: February 28, 2011            JEFFREY S. EATON
                                          Clerk

                                          /s/ H. Beth Cota
                                          (By) Deputy Clerk

JUDGMENT ENTERED ON DOCKET
DATE:  February 28, 2011